IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02546-ZLW-BNB

PAMLAB, L.L.C.,

    Plaintiff,

v.

CURA PHARMACEUTICAL COMPANY, INC.,
BI-COASTAL PHARMACEUTICAL CORPORATION, and
ANDAPHARM, L.L.C.,

    Defendants.

_____

ORDER
_____

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    Dated at Denver, Colorado, this  11  day of December, 2007.

                                                     BY THE COURT:

                                                   *[signature]*
                                                   _____

                                                   ZITA L. WEINSHIENK, Senior Judge
                                                   United States District Court