IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02546-WDM-BNB

PAMLAB, L.L.C.,

Plaintiff,

v.

CURA PHARMACEUTICAL COMPANY, INC.,
BI-COASTAL PHARMACEUTICAL CORPORATION, and
ANDAPHARM, L.L.C.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)     **Contested Joint Motion to Stay This Action In Its Entirety and for Protective Order to Preclude Further Discovery Pending Patent Ownership Determination** [Doc. # 46, filed 3/14/2008] (the "Motion to Stay");

(2)     **Defendant Andapharm's Motion for Leave to File Amended Answer, Defenses, Counterclaims and Jury Demand of Defendant Andapharm to Plaintiff's Amended Complaint** [Doc. # 55, filed 3/27/2008] (the "Motion to Amend Answer");

(3)     **Motion of Pamlab, L.L.C. for Leave to File a Second Amended Complaint Joining Metabolite Laboratories, Inc., As a Plaintiff** [Doc. # 58, filed 3/28/2008] (the "Motion to Amend Complaint"); and

(4)     **Defendant Andapharm, LLC's Motion for Enlargement of Time to File Motion for a Markman Hearing** [Doc. # 62, filed 4/1/2008] (the "Motion re Markman Hearing").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Stay is DENIED. Defendants shall respond to the plaintiff's pending discovery on or before **May 1, 2008**.

IT IS FURTHER ORDERED that the Motion to Amend Complaint is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Complaint [Doc. # 58-2]. Defendants shall respond to the Second Amended Complaint on or before **May 1, 2008**.

IT IS FURTHER ORDERED that the Motion to Amend Answer is MOOT in view of my order allowing amendment of the complaint.

IT IS FURTHER ORDERED that the Motion re Markman Hearing is GRANTED, and the deadline for filing a motion for a Markman hearing is vacated. The parties are granted leave to file a motion for Markman hearing when and if they deem such a procedure appropriate.

Dated April 16, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge