IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02546-WDM-BNB

PAMLAB, L.L.C. et al.,

    Plaintiffs,

v.

CURA PHARMACEUTICAL COMPANY, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF DEFENDANT ANDAPHARM, L.L.C.**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint and all counterclaims are dismissed with prejudice as to defendant Adapharm, L.L.C. only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on June 23, 2008.

                                         BY THE COURT:

                                         s/ Walker D. Miller
                                         United States District Judge