IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02546-WDM-BNB

PAMLAB, LLC AND
METABOLITE LABORATORIES, INC.,

    Plaintiffs,

v.

CURA PHARMACEUTICAL COMPANY, INC and
BI-COASTAL PHARMACEUTICAL CORPORATION,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, all claims and counterclaims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 26, 2008.

                        BY THE COURT:


                        s/ Walker D. Miller
                        United States District Judge

PDF FINAL